IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Robert Parker,<br><br>    *On behalf of himself and those similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>Battle Creek Pizza, Inc., *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00277<br><br>Judge Janet T. Neff<br><br>Magistrate Judge Ray Kent |

### Plaintiff's Motion for Leave to File First Amended Complaint

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby moves the Court for leave to file his First Amended Complaint. The reasons justifying the amendement are more fully set forth in the attached memorandum in support.

Respectfully submitted,

*/s/Nathan Spencer*
Bradley K. Glazier (P35523)
Robert M. Howard (P80740)
BOS & GLAZIER, P.L.C.
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
Telephone: (616) 458-6814
Email: *bglazier@bosglazier.com*

and

Andrew Kimble (*admitted pro hac vice*)
Philip Krzeski (*admitted pro hac vice*)
Nathan Spencer (*admitted pro hac vice*)
BILLER & KIMBLE, LLC
8044 Montgomery Road, Suite 515
513-202-0710 (Phone)
613-340-4620 (Fax)
*akimble@billerkimble.com*
*pkrzeski@billerkimble.com*
*nspencer@billerkimble.com*

*Counsel for Plaintiff and the putative class*

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

1. Introduction

Plaintiff seeks leave of Court to file his First Amended Complaint. A copy of the proposed Amended Complaint is attached as Exhibit 1. Plaintiff's request is timely under the Court's Calendar Order (Doc. 20). Plaintiff seeks to amend his Complaint to add Paul Adams as named plaintiff on behalf of Indiana delivery drivers employed by Battle Creek Pizza, Inc. and Kevin Hershock. Mr. Adams works as a delivery driver at Defendants' store in Indiana and asserts claims under Indiana wage and hour law, as well as under the theory of unjust enrichment, stemming from Defendants' alleged mileage under-reimbursement practices.

2. Argument

Rule 15(a) of the Federal Rules of Civil Procedure governs amendment of pleadings and provides that "leave [to amend pleadings] should be freely given when justice so requires." The grant or denial of leave to amend is committed to the sound discretion of the district court. *Wallace Hardware Co., Inc. v. Abrams*, 223 F.3d 382, 409 (6th Cir. 2000) (affirming district court decision to allow plaintiff to file amended complaint twenty-one months after filing its initial complaint). The trial court's discretion is, however, "limited by Fed.R.Civ.P. 15(a)'s liberal policy of permitting amendments to ensure the determination of claims on their merits." *Marks v. Shell Oil Co.,* 830 F.2d 68, 69 (6th Cir.1987) (citation omitted). Indeed, leave to amend the pleading is only denied in situations where there is undue delay, bad faith, dilatory motive on the part of the movant, or undue prejudice to the opposing party by virtue of allowing the amendment. *Foman v.*

*Davis,* 371 U.S.178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962); *Seals v. Gen. Motors Corp.,* 546 F.3d 766, 770 (6th Cir. 2008); *Brumbalough v. Camelot Care Centers, Inc.*, 427 F.3d 996, 1001 (6th Cir. 2005).

**2.1. None of the factors that weigh against an amendment are present here.**

As this case's procedural history shows, this case is essentially at its start. The parties have exchanged only one round of discovery requests, and the notice period is still on-going. Under these circumstances, it is clear that Plaintiff has not unduly delayed in seeking leave to file his First Amended Complaint. Plaintiff is seeking leave to file an Amended Complaint before the deadline set in the Case Management Conference. *See* Doc. 20. Plaintiff's request is not made in bad faith, and the request will not result in undue prejudice to Defendants.

**3. Conclusion**

Plaintiff's request is not made in bad faith or with dilatory motive. It will not result in an undue prejudice to Defendants. Accordingly, Plaintiff respectfully requests this Court to grant his Motion for Leave to file the First Amended Complaint.

Respectfully submitted,

*/s/Nathan Spencer*
Bradley K. Glazier (P35523)
Robert M. Howard (P80740)
BOS & GLAZIER, P.L.C.
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
Telephone: (616) 458-6814
Email: *bglazier@bosglazier.com*

and

>Andrew Kimble (*admitted pro hac vice*)
>Philip Krzeski (*admitted pro hac vice*)
>Nathan Spencer (*admitted pro hac vice*)
>BILLER & KIMBLE, LLC
>8044 Montgomery Road, Suite 515
>513-202-0710 (Phone)
>613-340-4620 (Fax)
>*akimble@billerkimble.com*
>*pkrzeski@billerkimble.com*
>*nspencer@billerkimble.com*
>
>
>*Counsel for Plaintiff and the putative class*

**Certificate of Compliance**

In compliance with W.D. Mich. L.R. 7.3(b)(ii), Plaintiff certifies this brief is less than 1,000 words.

**Certificate of Service**

Plaintiffs certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's ECF system to all parties indicated on the filing receipt.

                                           /s/ *Nathan Spencer*
                                           Nathan Spencer