No. 22-0110

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 14, 2022
DEBORAH S. HUNT, Clerk

In re: BATTLE CREEK PIZZA, INC., et al.,

    Petitioners.

Before: COLE, KETHLEDGE, and LARSEN, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Western District of Michigan at Grand Rapids.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition is GRANTED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk