In the United States District Court
for the Western District of Michigan
Southern Division

---

Robert Parker, *et al.*,

    *On behalf of himself and those similarly situated*,

    Plaintiff,

    v.

Battle Creek Pizza, Inc., *et al.*,

    Defendants.

Case No. 1:20-cv-00277

Judge Janet T. Neff

Magistrate Judge Ray Kent

---

Joint Motion to Reopen Case

---

Pursuant to this Court's Order (ECF No. 201, PageID.2351), Plaintiffs and Defendants (collectively, the "Parties"), hereby move this Court to reopen this case as the interlocutory appeal is now resolved. *See Parker v. Battle Creek Pizza, Inc.*, 95 F.4th 1009, 1012 (6th Cir. 2024).

The Parties propose a telephonic status conference to set remaining deadlines for this action.

Respectfully submitted,


*/s/ Laura E. Farmwald*
Bradley K. Glazier (P35523)
Robert M. Howard (P80740)
BOS & GLAZIER, P.L.C.
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
Telephone: (616) 458-6814
Email: *bglazier@bosglazier.com*

and

*Patrick C. Lannen (via email permission)*
Plunkett Cooney
Patrick C. Lannen (P73031)
Erik H. Johnson (P85017)
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48302
plannen@plunkettcooney.com
erjohnson@plunkettcooney.com

*Counsel for Defendants*

1

Andrew Kimble (admitted W.D. of Mich.)
Laura E. Farmwald (admitted W.D. of Mich.)
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
513-651-3700 (Phone)
513-665-0219 (Fax)
*akimble@billerkimble.com*
*lfarmwald@billerkimble.com*


*Counsel for Plaintiffs  and the putative class*