United States District Court
for the Western District of Michigan
Southern Division

| | |
|---|---|
| Robert Parker, *et al.*, <br><br> *On behalf of himself and those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Battle Creek Pizza, Inc., *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00277 <br><br><br><br><br> Judge Paul L. Maloney <br><br> Magistrate Judge Ray Kent |

Plaintiffs' Identification of Trial Witnesses

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), and this Court's Order modifying the Case Schedule (ECF 274), Plaintiffs Robert Parker and Paul Adams, by and through undersigned counsel, submit the following identification of trial witnesses.

I. **Witnesses Expected to Be Called at Trial**:

- Paul Adams, 330 Dalgren Ave., Fort Wayne, IN 46805; (260)494-8634. . Mr. Adams is to be contacted through counsel only.

- Larry Colchin, 2410 Waynewood Dr., Fort Wayne, IN 46809; (260)435-9691. Mr. Colchin is to be contacted through counsel only.

- Patrick Dollinger, 52073 Brookstream Circle, Apt. F, Elkhart, IN 46514; (765)993-4787. Mr. Dollinger is to be contacted through counsel only.

1

- Ryan Easterwood, 1210 Barnes St., Albion, MI 49224; (517)990-5349. Mr. Easterwood is to be contacted through counsel only.

- Chris Emmons, 1046 Rost St., Marshall, MI 49068; (810)772-1976. Mr. Emmons is to be contacted through counsel only.

- Christina McIntosh-Conger, 6008 Moeller Rd., Lot 265, Fort Wayne, IN 46806; (260)206-5550. Ms. McIntosh-Conger is to be contacted through counsel only.

- Amanda Sierminski, 929 Hummingbird Lane Quincy, MI 49082; (517)677-5482. Ms. Sierminski is to be contacted through counsel only.

- Elijah Stallworth, 3501 Marian Trenton, MI 48183; (313)420-9619. Mr. Stallworth is to be contacted through counsel only.

- Alexander Thompson, 716 N Easton St., Albion, MI 49224; (517)898-6151. Mr. Thompson is to be contacted through counsel only.

- Defendant Kevin Hershock, address and telephone number known to Defendants.

- Plaintiffs' Expert Witness, Kathy Groh Canby. Ms. Canby's address and a summary of her expected testimony were provided with Plaintiffs' supplemental expert witness disclosure and Plaintiffs' rebuttal expert witness disclosure.

II. **Witnesses Who May Be Called if the Need Arises**:

- Stone Evans, 1401 34th Street, Allegan, MI 49010; (269)251-2976. Mr. Evans is to be contact through counsel only.

- Tara Frank, 409 N. State St., Kendallville, IN 46755; (260)582-1644. Ms. Frank is to be contacted through counsel only.

2

- Zachary Purvis, 39 Berry St., Quincy, MI 49082; (517)227-1634. Mr. Purvis is to be contacted through counsel only.

        Respectfully submitted,

        */s/Laura E. Farmwald*
        Bradley K. Glazier (P35523)
        Cunningham Dalman PC
        940 Monroe Ave NW, Suite 253
        Grand Rapids, MI 49422
        Telephone: (616) 392.1821
        Email: *brad@cunninghamdalman.com*

        and

        Andrew Biller (admitted (W.D. of Mich.)
        Andrew Kimble (admitted W.D. of Mich.)
        Laura E. Farmwald (admitted W.D. of Mich.)
        Emily Hubbard (admitted W.D. of Mich.)
        Biller & Kimble, LLC
        8044 Montgomery Road, Suite 515
        513-202-0710 (Phone)
        614-340-4620 (Fax)
        *abiller@billerkimble.com*
        *akimble@billerkimble.com*
        *lfarmwald@billerkimble.com*
        *ehubbard@billerkimble.com*

        *Counsel for Plaintiffs and the collective/class*